```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 06374
   JOHN H JONES
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5234

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 06/02/2006 and was confirmed 08/02/2006.

   The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

   The case was completed - no discharge 11/26/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00           .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE    4130.46           .00        4130.46
ROBERT J ADAMS & ASSOC   PRIORITY        NOT FILED          .00            .00
VILLAGE OF CALUMET PARK  NOTICE ONLY     NOT FILED          .00            .00
SOUTHWEST CHICAGO CHAPTE SECURED             .00            .00            .00
ROBERT J ADAMS & ASSOC   REIMBURSEMENT    290.00            .00         290.00
ROBERT J ADAMS & ASSOC   DEBTOR ATTY    2,500.00                      2,500.00
TOM VAUGHN               TRUSTEE                                        393.00
DEBTOR REFUND            REFUND                                         702.00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                      RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE               8,015.46

PRIORITY                                      290.00
SECURED                                     4,130.46
UNSECURED                                        .00
ADMINISTRATIVE                              2,500.00
TRUSTEE COMPENSATION                          393.00
DEBTOR REFUND                                 702.00
                      --------------      --------------
TOTALS                8,015.46              8,015.46




              PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 06 B 06374 JOHN H JONES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 02/28/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

                                        PAGE   2
         CASE NO. 06 B 06374 JOHN H JONES